| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person reporting (Last name, First name, Middle initial) LODGE, EDWARD J | 2. Court or Organization DISTRICT COURT - Idaho | 3. Date of Report 4/19/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE- Active | 5. ReportType (check appropriate type) ◯ Nomination, Date ● Initial ● Annual ● Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chamber or Office Address 550 WEST FORT STREET BLDG. BOX 040 BOISE, IDAHO 83724 | 8. On the basis of the information contained in this Report and any modification pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Retired District Judge | State of Idaho |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1987 | Retirement - State District Judge - 75% full pay |

RECEIVED MAY 17 12 46 PM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | State of Idaho  Retired District Judge | 72506.46 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Public Employer Retirement System of Idaho |
| 2. | 2004 | State Senator |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

.

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 4/19/2005 |

## VII. INVESTMENTS and TRUSTS — Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Lodge Brothers (Partnership) Building Rental Canyon Co. | D | Rent | M | T | | | | | |
| 2. Lodge Brothers (Partnership) Dry Land Pasture Malbeur County | | None | | M | | | | | |
| 3. Lodge Brothers (Partnership) US Bank-Checking Account | A | Interest | K | T | | | | | |
| 4. Dry Pasture Canyon County, Id ███ | | None | M | W | | | | | |
| 5. Livestock 11 cows, 1 bull, 11 calves | | None | K | W | | | | | |
| 6. Livestock 6 calves | | | | | sold | 11/04 | | C | |
| 7. Wells Fargo Bank Caldwell, Id Money Market Account | A | Interest | K | T | | | | | |
| 8. Scottish Power PLC SPN (f/n/a PacifiCorp) | A | None | J | T | | | | | |
| 9. HJ Hines | C | Dividend | L | T | | | | | |
| 10. Unocal | A | None | J | T | | | | | |
| 11. Key Bank Market Account | A | Interest | K | T | | | | | |
| 12. CMA Account Merrill Lynch | A | Interest | K | T | | | | | |
| 13. Edward J. Lodge Merrill Lynch IRA Mutual Fund Gov. Sec. | | | | | Withdrawn | 12/04 | K | | |
| 14. Merrill Lynch IRA Mutual Fund Gov. Sec. | B | Dividend | K | T | | | | | |
| 15. Canyon Teachers Credit Union Caldwell, Idaho-Savings Account | A | Interest | J | T | | | | , | |
| 16. Windrige Farm 50% interest in land house barn & vineyard | | Loss | M | W | | | | | |
| 17. Checking Account Key Bank Caldwell, Id | A | Interest | K | T | | | | | |
| 18. Property Canyon County | | None | M | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 4/19/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Edward J. Lodge Key Bank Private Banking Account | B | Interest | N | T | | | | | |
| 20. Edward J. Lodge Home Federal Money Market Account | | | | | Closed | 12/04 | | | |
| 21. Edward J. Lodge Albertsons | A | Dividend | K | T | | | | | |
| 22. Idaho Independent Bank | B | Interest | M | T | | | | | |
| 23. Micron Technology | A | None | J | T | | | | | |
| 24. Idaho Independent Bank | B | Interest | M | T | | | | | |
| 25. Washington Mutual | B | Interest | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report)

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

Date 5/12/05

N ... WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
B ... NS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) LODGE, EDWARD J | 2. Court or Organization DISTRICT COURT - Idaho | 3. Date of Report 8/18/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE- Active | 5. ReportType (check appropriate type) ● Nomination, Date ● Initial ⊙ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 550 WEST FORT STREET BLDG. BOX 040 BOISE, IDAHO 83724 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Retired District Judge | State of Idaho |
| 2. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 1987 | Retirement - State District Judge - 75% full pay |

FINANCIAL DISCLOSURE OFFICE

2005 AUG 25 A 11: 09

RECEIVED

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 4/19/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 f filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | State of Idaho  Retired District Judge | 72506.46 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of he reporting year, please compl te this section. Dollar amount not requi ed except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Public Employer Retirement System of Idaho |
| 2. | 2004 | State Senator |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and depeno ent children. See pp. 25-27 of instructions.)

☑ NONE - (No such eportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 8/18/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transaction during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Lodge Brothers (Partnership) Building Rental Canyon Co. | D | Rent | M | T | | | | | |
| 2. Lodge Brothers (Partnership) Dry Land Pasture Malheur County | | None | M | W | see * | | | | |
| 3. Lodge Brothers (Partnership) US Bank-Checking Account | A | Interest | K | T | | | | | |
| 4. Dry Pasture Canyon County, Id ( acres) | | None | M | W | | | | | |
| 5. Livestock 11 cows, 1 bull, 11 calves | | None | K | W | | | | | |
| 6. Livestock 6 calves | | | | | sold | 11/04 | J | C | |
| 7. Wells Fargo Bank Caldwell, Id Money Market Account | A | Interest | K | T | | | | | |
| 8. Scottish Power PLC SPN (f/n/a PacificCorp) | | None | J | T | | | | | |
| 9. HJ Hines | C | Dividend | L | T | | | | | |
| 10. Unocal | | None | J | T | | | | | |
| 11. Key Bank Market Account | A | Interest | K | T | | | | | |
| 12. CMA Account Merrill Lynch | A | Interest | K | T | see ** | | | | |
| 13. Edward J. Lodge Merrill Lynch IRA Mutual Fund G v. Sec. | | | | | Withdrawn | 12/04 | K | | |
| 14. Merrill Lynch IRA Mutual Fund Gov. Sec. | B | Dividend | K | T | | | | | |
| 15. Canyon Teachers Credit Union Caldwell, Idaho- Savings Account | A | Interest | J | T | | | | | |
| 16. Windrige Farm 50% interest in land house barn & vineyard | | Loss | M | W | | | | | |
| 17. Checking Account Key Bank Caldwell, Id | A | Interest | K | T | | | | | |
| 18. Property Canyon County | | None | M | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 4/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J,P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Edward J. Lodge Key Bank Private Banking Account | B | Interest | N | T | | | | | |
| 20. Edward J. Lodge Home Federal Money Market Account | A | | | | Closed | 12/04 | J | | |
| 21. Edward J. Lodge Albertsons | A | Dividend | K | T | | | | | |
| 22. Idaho Independent Bank | B | Interest | M | T | | | | | |
| 23. Micron Technology | | None | J | T | | | | | |
| 24. Idaho Independent Bank | B | Interest | M | T | | | | | |
| 25. Washington Mutual | B | Interest | M | T | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

*Dry land pasture in Malheur County is owned by Lodge Brothers and was inherited from our parents. There is no income received from it. Reporting was overlooked after Lodge Brothers sub chapter S was dissolved in approximately 1997.

**If dividends are paid on Scottish Power, Unocal or Micron Technology, these stocks are held by Merrill Lynch in my account and the dividends, if any, would go into the CMA account.

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | LODGE, EDWARD J | 4/19/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date 8 / 18 / 05

NOTE: ANY INDIVIDUAL WHO KNOWINGL          Y FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO CIVIL AND CRIMINAL          app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544